U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

SEP 03 2009

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| CLAIMS. MANAGEMENT, INC., | : | DOCKET NO. 09-0196 |
| VS. | : | JUDGE TRIMBLE |
| HNC INSURANCE SOLUTIONS, INC., ET AL | : | MAGISTRATE JUDGE KAY |

## ORDER

On August 14, 2009, the Magistrate issued a Report and Recommendation which recommended that defendants, Mitchell International, Inc., Fair Isaac, Corp., HNS Software, Inc., and HNS Insurance Solutions, Inc. be dismissed without prejudice because of Plaintiffs' failure to timely seek a default judgment against these defendants as a result of their failure to file responsive pleadings (an Answer). On August 21, 2009, Plaintiffs' counsel objected to the Report and Recommendation and advised the Court that he had informally allowed these Defendants, albeit without any notice or motion filed in this Court, to delay filing their responsive pleadings and Plaintiff's counsel further agreed with Defendants not to seek a default judgment against them because the parties were pursuing settlement negotiations. Counsel are cautioned that it is this Court's obligation and/or duty to grant extensions of time regarding the filing of responsive pleadings pursuant to the Federal Rules of Civil Procedure. However, due to the current settlement negotiations evidenced by the communications presented to the Court in Plaintiffs' objections, and because public policy favors voluntary settlements which obviate the need for expensive and time-

consuming litigations,[1] it is

**ORDERED** that defendants file their responsive pleadings no later than sixty (60) days from the date of this order. If additional time to file said pleadings is needed for the parties to continue settlement negotiations, the parties shall file in the record the appropriate motion(s) for consideration by the Court.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 3rd day of September, 2009.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE

---

[1] See *Bass v. Phoenix Seadrill/78, Ltd.*, 749 F.2d 1154, 1164 (5th Cir. 1985).